DOWNEY BRAND LLP
CRAIG S. DENNEY
State Bar No. 244692
427 West Plumb Lane
Reno, NV 89509
Telephone:    (775) 329-5900
Facsimile:    (755) 786-5443

Counsel for TINA M. STILES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>TINA M. STILES,<br><br>          Defendant. | 2:09-CR-00065-01<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED by and through CRAIG S. DENNEY, counsel for TINA M. STILES; LAWRENCE G. BROWN, United States Attorney, STEPHEN LAPHAM, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA; that sentencing currently scheduled for November 30, 2009 at 10:00 A.M. be continued to January 4, 2010 at 10:00 A.M.

Objections to the Pre-Sentence Report are now due at the U.S. Probation Office no later than December 14, 2009.  The Final Pre-Sentence Report is now due no later than December 21, 2009. Sentencing Memoranda regarding the Pre-Sentence Report are due to be filed by December 30, 2009.

/ / / /

/ / / /

1       This is the first continuance of the sentencing hearing in this matter.  The continuance is
2 requested by the defendant so that her spouse will be able to attend the sentencing hearing.

4       DATED this 22nd day of October, 2009.

5 /s/ Stephen Lapham                  /s/ Craig S. Denney

6 STEPHEN LAPHAM                CRAIG S. DENNEY
Assistant United States Attorney       Downey Brand LLP
7 Counsel for Government               Counsel for Defendant Tina M. Stiles

## **ORDER**

**IT IS SO ORDERED**

Dated: October 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2