# RECOMMENDATION TERMINATING
# PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | **Docket Number:  2:09CR00065-01** |
| **Tina M. STILES** | |

**LEGAL HISTORY:**

On January 13, 2010, the above-named was sentenced to 36 months Probation. Special conditions included: Lifetime bar from serving as a trustee for an employee benefit plan; Financial disclosure; 500 hours of unpaid community service; and a $25 Special Assessment.

**SUMMARY OF COMPLIANCE:**

Ms. Stiles has complied with all conditions and special conditions of Probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Ms. Stiles has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:     Tina M. STILES**
**        Docket Number:  2:09CR00065-01**
**        RECOMMENDATION TERMINATING**
**        <u>PROBATION PRIOR TO EXPIRATION DATE</u>**

**<u>RECOMMENDATION:</u>**

It is, therefore, respectfully recommended that Probation in this case be terminated early.

                         Respectfully submitted,

                         /s/ Kris M. Miura
                         **KRIS M. MIURA**
                         **United States Probation Officer**

Dated:     June 7, 2011
           Elk Grove, California
           KMM/cj

**REVIEWED BY:**     /s/ Deborah A. Spencer
                        **DEBORAH A. SPENCER**
                        **Supervising United States Probation Officer**

cc:    AUSA, To be assigned  (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.  ) | **Docket Number: 2:09CR00065-01** |
| ) | |
| **Tina M. STILES**  ) | |

On January 13, 2010, the above-named was placed on Probation for a period of 36 months. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA
United States Probation Officer**

Dated:   June 7, 2011
         Elk Grove, California
         KMM/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

**RE:   Tina M. STILES**
       **Docket Number:  2:09CR00065-01**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

June 30, 2011
**Date**

**Edmund F. Brennan**
**United States Magistrate Judge**

KMM/cj

Attachment:  Recommendation

cc:  United States Attorney's Office